UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSSI M. POTTS
14124 Bishop Claggett Court
Upper Marlboro, MD. 20772

    Plaintiff,

                              Civil Action Numbers    **1:08-CV-00706**
                              Judges: RMU
v.

HOWARD UNIVERSITY HOSPITAL &
HOWARD UNIVERSITY
2041 Georgia Avenue, N.W.
Washington, DC 20060

    Defendant,

---

## MOTION PURSUANT, FEDERAL CIVIL RULE PROCEDUR, RULE 60(a).

During initial filing of Case 1:08-CV-00706, clerical error occurred on civil cover sheet category selection. Therefore, on the Summons erroneously category selection reflects "Civil Rights-Non Employ." The error was made in part by oversight in the Case of Rossi M. Potts v. Howard University Hospital & Howard University. Therefore, this motion is filed to inform the Defendant's in this subject matter that, the factual and legal issues therein the complaint is pertaining to "Civil Rights Employment issues", therefore, disregard the assigned label because it was made in error. This motion is filed in part to inform the Defendant's of the complaints true nature and cause of the accusations therein the complaint.

## CERTIFICATE OF SERVICE

I Rossi M. Potts hereby certify that on this 25th day of April, 2008, that a copy consisting of 2 pages of the forgoing motion was mailed to Howard University Hospital & Howard University Hospital legal counsel thus, given them fair notice of Rossi M. Potts the Plaintiff, Pro Se litigant's legal interest.

**HOWARD UNIVERSITY HOSPITAL &**
**HOWARD UNIVERSITY**
2041 Georgia Avenue, N.W.
Washington, DC 20060

*Rossi M. Potts*
**Plaintiff, Pro Se, Litigant**
Rossi M. Potts
14124 Bishop Claggett Ct.
Upper Marlboro, Maryland 20772
(301) 574-2541