UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



ROSSI M. POTTS
14124 Bishop Claggett Court
Upper Marlboro MD. 20772

      Plaintiff,              Civil Action Number 1:08-cv-00706/RMU

v.

Howard University Hospital &
Howard University

      Defendant,

---

## AFFIDAVIT OF SERVICE

I, Rossi M. Potts, hereby declare that on this 14th day of May 2008, that I mailed a copy of the Summons/Complaint, by certified mail to defendants, named above. Attached hereto on the second page is the green domestic return receipts dated on April 28, 2008 and amended on May 5, 2008.

Rossi M. Potts
14124 Bishop Claggett Court
Upper Marlboro MD. 20772
(301) 574-2541

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  J. Ames   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 5/5/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Howard University Hospital &
Howard University
2041 Georgia Avenue, N.W.
Washington, D.C. 20060
[Amended Complaint 1:08-cv-00706]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0003 8348 9241

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Howard University Hospital &
Howard University
2041 Georgia Avenue, N.W.
Washington, D.C. 20060
Title 38 Comp. Feb. 24, 2008

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0003 8348 6561

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Rosie M. Patt

2