UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS<br><br>Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY &<br>HOWARD UNIVERSITY<br>HOSPITAL<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action Number 1:08-cv-00706/RMU<br>) Judge R M U<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS HOWARD UNIVERSITY & HOWARD UNIVERSITY HOSPITAL'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendants Howard University and Howard University Hospital (the "Defendants"), by and through their undersigned counsel, file this Answer to the Amended Complaint (the "Complaint") filed by Rossi M. Potts (the "Plaintiff") and, in support thereof, state the following:

### ANSWER

Defendants generally deny any and all liability for any alleged harm to the Plaintiff.

### I. PARTIES

1.  Defendants are without sufficient information either to admit or to deny the allegations contained in Paragraph 1 of the Complaint. To the extent that an answer is required, the Defendants hereby deny the same.

2. Defendants admit in part and deny in part the allegations contained in Paragraph 2 of the Complaint. The Defendants admit that Howard University Hospital is located at 2041 Georgia Avenue, NW, Washington, DC 20060. However, Howard University is located at 2400 6th Street, Suite 321, NW, Washington, DC 20059.

## II. JURISDICTION

3. Defendants neither admit nor deny jurisdiction while reserving their right to object to jurisdiction at any point during this litigation. To the extent that an answer is required at this time, the Defendants deny that this Court has jurisdiction over this litigation.

## III. OPENING STATEMENT

4. Defendants are without sufficient information either to admit or to deny the allegations contained in the "Opening Statement" of the Complaint. To the extent that an answer is required at this time, the Defendants deny the allegations as set forth in the "Opening Statement."

## COUNT I

**Discrimination ;DCHRA of 1977 DCMR's; Retaliation under the Equal Pay Act of 1963/Fair Labor Standards Act of 1938 U.S.C. Title 29§ 206 (d), in opposition to unlawful employment practices.**

5. Defendants deny the allegations as set forth on pages 5 through 7 of the Complaint.

6. Defendants deny the allegations contained in the "Argument" as set forth on pages 8 through 23 of the Complaint.

7.   Defendants deny the allegations contained in the "Causal Connection" as set forth on pages 24 through 27 of the Complaint.

8.   Defendants are without sufficient information either to admit or to deny the allegations as set forth on pages 28 through 32 of the Complaint. To the extent that an answer is required at this time, Defendants deny these allegations.

## AFFIRMATIVE DEFENSES

For further and separate answer to Plaintiff's Complaint, and in answer to each purported allegation and cause of action therein, and by way of affirmative defenses, Defendant avers as follows:

### First Defense

Plaintiff fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred, in whole or in part, because of the failure to mitigate his damages, if any.

### Third Defense

Plaintiff's claims are barred by estoppel, waiver, and any other equitable defense found to be factually merited during the course of discovery in this action.

### Fourth Defense

Defendant substantially complied with the appropriate University's policies.

### Fifth Defense

If Plaintiff suffered the damages as alleged, which fact Defendant expressly denies, then such damages resulted from a preexisting or subsequent event or condition for which the Defendant would not be responsible.

### Sixth Defense

If Plaintiff suffered the damages alleged, which fact Defendant expressly denies, then such damages resulted from other and further reasons for which Defendant would not be responsible.

### Seventh Defense

Plaintiff's claims are barred by the applicable statute of limitations.

### Eighth Defense

Defendant intends to avail itself of any additional defenses as may be developed following further discovery in this case.

### Ninth Defense

Defendant reserves the right to amend its Answer, to add additional or other defenses; to delete or withdraw a defense; and to add counterclaims as they may become necessary after reasonable opportunity for appropriate discovery.

### Tenth Defense

Any allegation/assertion not specifically admitted is denied.

**WHEREFORE**, Defendant denies all allegations/assertions in this Complaint that are not specifically answered, respectfully requests this Court to dismiss Plaintiff's Complaint against Defendant with prejudice and that the Court award to Defendant attorneys' fees, costs, and such further relief as the Court deems appropriate.

Respectfully submitted:

BY:   **HOWARD UNIVERSITY**

>
> \_\_\_\s\_____
> Michael A. Maddox, Esquire
> Bar #484805
> Associate General Counsel
> Office of the General Counsel
> Howard University
> 2400 6th St., NW
> Suite 321
> Washington, DC 20059
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant Howard University's Answer to Plaintiff's Amended Complaint was filed electronically and sent by first class mail, postage pre-paid, on this 27th day of May, 2008 to:

Rossi M. Potts
14124 Bishop Claggett Court
Upper Marlboro, Maryland 20772

>
> \_\_\_\_\_\s\_____
> Michael A. Maddox