## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROSSI M. POTTS** | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action Number  1:08-cv-00706/RMU** |
| | )      **Judge R M U** |
| **HOWARD UNIVERSITY &** | ) |
| **HOWARD UNIVERSITY** | ) |
| **HOSPITAL** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS HOWARD UNIVERSITY & HOWARD UNIVERSITY HOSPITAL'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendants Howard University and Howard University Hospital (the "Defendants"), by and through their undersigned counsel, file this Answer to the Amended Complaint for Discrimination and Retaliation (the "Complaint") filed by Rossi M. Potts (the "Plaintiff") and, in support thereof, state the following:

## ANSWER

Defendants generally deny any and all liability for any and all alleged harm to the Plaintiff.

## I. PARTIES

1.    Defendants are without sufficient information either to admit or to deny the allegations contained in Paragraph 1 of the Complaint.  To the extent that an answer is required, the Defendants hereby deny the same.

2.    Defendants admit in part and deny in part the allegations contained in

Paragraph 2 of the Complaint. The Defendants admit that Howard University Hospital is located at 2041 Georgia Avenue, NW, Washington, DC 20060. However, Howard University is located at 2400 6th Street, Suite 321, NW, Washington, DC 20059.

## II. JURISDICTION

3.     Defendants neither admit nor deny jurisdiction while reserving their right to object to jurisdiction at any point during this litigation. To the extent that an answer is required at this time, Defendants deny that this Court has jurisdiction over this litigation.

## III. OPENING STATEMENT

4.     Defendants are without sufficient information either to admit or to deny the allegations contained in the "Opening Statement" of the Complaint. To the extent that an answer is required at this time, Defendants deny the allegations as set forth in the "Opening Statement."

## COUNT I

**Discrimination ;DCHRA of 1977 DCMR's; Retaliation under the Equal Pay Act of 1963/Fair Labor Standards Act of 1938 U.S.C. Title 29§ 206 (d), in opposition to unlawful employment practices.**

5.     Defendants deny the allegations as set forth on pages 5 through 7 of the Complaint.

6.     Defendants deny the allegations contained in the "Argument" as set forth on pages 8 through 23 of the Complaint.

7.     Defendants deny the allegations contained in the "Causal Connection" as set forth on pages 24 through 27 of the Complaint.

8.     Defendants are without sufficient information either to admit or

to deny the allegations as set forth on pages 28 through 32 of the Complaint. To the extent that an answer is required at this time, Defendants deny these allegations.

## AFFIRMATIVE DEFENSES

As further and separate answer to Plaintiff's Complaint and in answer to each purported allegation and cause of action asserted therein, and by way of affirmative defenses, Defendant avers as follows:

### First Defense

Plaintiff fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred, in whole or in part, because of the failure to mitigate his damages.

### Third Defense

Plaintiff's claims are barred by estoppel, waiver, and any other equitable defense found to be factually merited during the course of discovery in this action.

### Fourth Defense

Defendant substantially complied with the appropriate University's policies.

### Fifth Defense

If Plaintiff suffered the damages as alleged then such damages resulted from a preexisting or subsequent, intervening event or condition for which the Defendant is not responsible.

### Sixth Defense

If Plaintiff suffered the damages alleged then such damages resulted from other and further reasons for which Defendant is not responsible.

### Seventh Defense

Plaintiff's alleged claims are barred by all applicable statutes of limitation.

### Eighth Defense

Defendants intend to avail itself of any additional defenses as may be developed following further discovery in this case.

### Ninth Defense

Defendants reserve the right to amend its Answer, to add additional or other defenses, to delete or withdraw a defense and to add counterclaims as they may become necessary after reasonable opportunity for appropriate discovery.

### Tenth Defense

Any and all allegations and assertions not specifically admitted are denied.

**WHEREFORE**, Defendants deny all allegations and assertions in this Complaint that are not specifically answered, respectfully requests this Court to dismiss Plaintiff's Complaint against Defendants with prejudice and that the Court award Defendants attorneys' fees, costs, and such further relief as the Court deems appropriate.

Respectfully submitted:

BY:    **HOWARD UNIVERSITY**

_____\s\_____
Leroy T. Jenkins, Jr., Esquire
Bar #414080
Deputy General Counsel for Employment
and Labor Affairs
Michael A. Maddox, Esquire
Office of the General Counsel
2400 6th Street, N.W.

Suite 321
Washington, DC 20059


## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Answer to Plaintiff's Amended

Complaint was filed electronically and sent by first class mail, postage pre-paid, on this

29th day of May, 2008 to:

Rossi M. Potts
14124 Bishop Claggett Court
Upper Marlboro, Maryland 20772

                                    _____\s_____
                                    Leroy T. Jenkins, Jr.