UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2008 JUN 10 PM 6: 21

RECEIVED

ROSSI M. POTTS
14124 Bishop Claggett Court
Upper Marlboro, MD. 20772

    Plaintiff,                    Civil Action Number   1:08-cv-00706/RMU
                                      Judge: RMU

v.

HOWARD UNIVERSITY &
HOWARD UNIVERSITY HOSPITAL
2041 Georgia Avenue, N.W.
Washington, DC 20060

    Defendants,

---

## ERRATA SHEET

1. Notice to file this Motion of Opposing Points and Authorities pursuant, LCvR 7(b), wherefore shown to be a harmless error related to a technical typical mistake. This Motion is in response to the Defendants Howard University & Howard University Hospital's Answer to Plaintiff's Amended Complaint, and it was timely filed on June 10, 2008, in addition to the previous file Motions on this same 10th day of June 2008. Furthermore, the additional Motions are notices to be filed with the "Application for a Three-Judge Court; therefore the subsequent filling are in quadruplicate for attachment to the Application requesting a Three-Judge Court which was also filed on this same 10th day of June 2008. The corrections will be mailed to Defendants on this 10th day of June 2008.

                                                      _/s/ Rossi M. Potts_
                                                      Rossi M. Potts, Plaintiff, Pro Se